DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiff
KEVIN A. BERLIN


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| KEVIN A. BERLIN, an individual, ) | ) Case No. 14-CV-00434-JCS |
| ) | |
| Plaintiff, ) | ) **ORDER ON STIPULATION TO EXTEND** |
| ) | ) **INITIAL DISCLOSURES DEADLINE** |
| v. ) | ) |
| ) | |
| TRUE NORTH AR, LLC, a Delaware ) | |
| limited liability company and ) | |
| DOES 1 through 20, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

Good cause appearing, the Stipulation to Extend Initial

Disclosures Deadline entered into by and between Plaintiff KEVIN

A. BERLIN, by and through his attorney of record JIM G. PRICE,

ESQ., and Defendant TRUE NORTH AR, LLC, by and through its

///

attorney of record MICHAEL K. SIPES, ESQ., is hereby made an

order of the Court.

DATED: 5/8/14

MAGISTRATE JUDGE JOSEPH C. SPERO