```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiff
KEVIN A. BERLIN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN A. BERLIN, an individual, | Case No. 14-CV-00434-JCS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| TRUE NORTH AR, LLC, a Delaware limited liability company and DOES 1 through 20, inclusive, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that the parties have reached a settlement in the above-captioned action.  The Plaintiff will file a dismissal with prejudice pursuant to Federal

///

///

///

1 | Rule of Civil Procedure 41(a) once the settlement is fully
2 | consummated.

3 | DATED:  July 18, 2014                DELTA LAW GROUP

```
                                        /s/ Jim G. Price
                                 BY:_____
                                     JIM G. PRICE
                                     Attorneys for Plaintiff
                                     KEVIN A. BERLIN
```